# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HERIANA OBEGINSKI,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § § | CASE NO. 4:21-CV-02468 |
| **UNITED AIRLINES, INC. and ASSOCIATION OF UNITED FLIGHT ATTENDANTS,** | § § § § § | |
| *Defendants.* | § | |

## AGREED ORDER

ON THIS DAY, the Court considered the motion to remand brought by Plaintiff Heriana Obeginski. After reviewing the removal pleadings, the Court finds that Plaintiff's claims, in part, arise under the worker's compensation laws of Texas. Under 28 U.S.C. §1445(c), in the absence of any federal question, the Court cannot retain jurisdiction of this matter.

IT IS THEREFORE ORDERED that Plaintiff's motion to remand be GRANTED.

IT IS FURTHER ORDERED that this case be remanded to the 133rd Judicial District Court of Harris County, Texas, each party bearing her or its own costs and attorney fees.

SIGNED this _____ day of _____, 2021.

_____
U.S. DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

Respectfully submitted,

SCHANER LAW FIRM


By: /s/ Dean J. Schaner
Dean J. Schaner
State Bar of Tex. No. 17726500
5313 Pocahontas Street
Bellaire, Texas 77401
Telephone: 832-548-1478
deanschaner@schanerlawfirm.com

ATTORNEY FOR PLAINTIFF
HERIANA OBEGINSKI

THE MISRA LEGAL GROUP


By: /s/ Amit K. Misra
Amit K. Misra, Esq., P.C.
State Bar of Tex. No. 00795534
639 Heights Boulevard
Houston, Texas 77007
Telephone: 832-723-4776
amit@misralegal.com

ATTORNEY FOR DEFENDANT
UNITED AIRLINES, INC.