IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HERIANA OBEGINSKI,** | § § § | |
| *Plaintiff*, | § § § § | |
| v. | § § | CASE NO. 4:21-CV-02468 |
| **UNITED AIRLINES, INC. and ASSOCIATION OF UNITED FLIGHT ATTENDANTS,** | § § § § § | |
| *Defendants.* | § | |

## AGREED MOTION TO ENTER REMAND ORDER

Plaintiff Heriana Obeginski ("Obeginski") and Defendant United Airlines, Inc. ("UA") file this agreed motion to enter remand order.

On July 30, 2021, UA filed its notice of removal. Dkt. 1. On August 3, 2021, Obeginski filed her motion to remand to state court, in which she asserts that her claims, in part, arise under the worker's compensation laws of Texas. Dkt. 4. On August 16, 2021, in an effort to address Obeginski's motion without incurring additional fees and expenses, the parties submitted an agreed order to remand. Dkt. 9. To the date, the Court has not entered the order.

Accordingly, the parties request that the Court grant this agreed motion and enter the agreed order to remand this case to state court submitted as Exhibit 1 to this motion.

Respectfully submitted,

SCHANER LAW FIRM


By: /s/ Dean J. Schaner
Dean J. Schaner
State Bar of Tex. No. 17726500
5313 Pocahontas Street
Bellaire, Texas 77401
Telephone: 832-548-1478
deanschaner@schanerlawfirm.com

ATTORNEY FOR PLAINTIFF
HERIANA OBEGINSKI

THE MISRA LEGAL GROUP


By: /s/ Amit K. Misra
Amit K. Misra, Esq., P.C.
State Bar of Tex. No. 00795534
639 Heights Boulevard
Houston, Texas 77007
Telephone: 832-723-4776
amit@misralegal.com

ATTORNEY FOR DEFENDANT
UNITED AIRLINES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of August, 2021, a copy of the foregoing was filed with the Clerk of Court and served to the following counsel of record via CM/ECF:

Dean J. Schaner
Schaner Law Firm
5313 Pocahontas Street
Bellaire, Texas 77401
deanschaner@schanerlawfirm.com

                                                /s/ Amit K. Misra
                                                Amit K. Misra