United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HERIANA OBEGINSKI, § § *Plaintiff*, § § § § v. § § UNITED AIRLINES, INC. and § ASSOCIATION OF UNITED FLIGHT § ATTENDANTS, § § *Defendants*. § | CASE NO. 4:21-CV-02468 |

## AGREED ORDER

ON THIS DAY, the Court considered the agreed motion to enter remand order brought by Plaintiff Heriana Obeginski and Defendant United Airlines, Inc. After reviewing the removal pleadings and the moving papers, the Court finds that Plaintiff's claims, in part, arise under the worker's compensation laws of Texas. Under 28 U.S.C. §1445(c), in the absence of any federal question, the Court cannot retain jurisdiction of this matter.

IT IS THEREFORE ORDERED that agreed motion to enter remand order be GRANTED.

IT IS FURTHER ORDERED that this case be remanded to the 133rd Judicial District Court of Harris County, Texas, each party bearing her or its own costs and attorney fees.

SIGNED this _____ day of ____SEP 0 7 2021____, 2021.

_____
U.S. DISTRICT JUDGE